OCTOBER 31, 1962

No. 67163.—APPEAL 5089.—Lanston Industries, Inc. v. United States.—

Abstract 65690 reversed August 2, 1962. C.A.D. 807.